# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1341

United States of America

Appellee

v.

Elmer Joel Espinal

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:18-cr-00061-JAJ-1)

---

**ORDER**

Attorney, Daniel Vondra is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

March 25, 2019

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans